# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Michael Benny Miller
Miller & Associates
311 N. Parkerson Ave
Crowley LA 70526

Jacqueline K. Becker
Miller & Associates
P. O. Box 1630
Crowley LA 70527-1630

> Judgment on rehearing rendered and mailed to all parties or counsel of record on November 6, 2019

## REHEARING ACTION: November 6, 2019

**Docket Number: 18   00990-WCA**

**JUNIUS ROBINSON**
**VERSUS**
**CAPITAL STAFFING SERVICES, INC., ET AL.**

**Appealed from Office of Workers' Compensation - # 3 Case No. 15-06229**

**BEFORE JUDGES:**

**Hon. Ulysses Gene Thibodeaux**
**Hon. Billy Howard Ezell**
**Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Junius Robinson** is:

**REHEARING DENIED.**

cc: Brett W. Tweedel, Counsel for the Appellee
    Errol J. King, Jr., Counsel for the Appellee
    Eric Edward Pope, Counsel for the Appellee